**Michael HOLLEY, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

No. 82 EM 2017.

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of August, 2017, the Application for Leave to File

Original Process and the Motion for Writ of Mandamus are DISMISSED. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filings to counsel of record.